Form 193 − ntccompayments

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 21−11654−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony J Tarantino
   49 Alexandra Way
   Clinton, NJ 08809

Social Security No.:
   xxx−xx−9002

Employer's Tax I.D. No.:

---

### NOTICE TO DEBTOR AND DEBTOR'S COUNSEL
### TO COMMENCE PAYMENTS PURSUANT TO 11 U.S.C. SECTION 1326

Pursuant to 11 U.S.C. Section 1326, all Chapter 13 debtors are ordered to commence payments pursuant to their proposed plan in compliance with the following schedule:

1. PAYMENTS TO TRUSTEE:

Payments to the Chapter 13 Standing trustee shall commence on the first day of the month immediately following the filing of the case and on the first day of each succeeding month. Payments shall be directed to the standing trustee at the following address:

Albert Russo
Chapter 13 Standing Trustee
P.O. Box 933
Memphis, TN 38101−0933

2. PAYMENTS TO SECURED PARTIES, INCLUDING MORTGAGEES:

If, in addition to payments to the Standing trustee, your proposed plan provides for regular payments to be made outside of your plan, you must pay the mortgagee on a monthly basis.

EXAMPLE OF PARAGRAPHS ONE AND TWO

```
Assume the debtor filed a Chapter 13 case on August 25, which proposes to pay the
trustee $100.00 per month to cure arrears on a mortgage and to pay regular monthly
payments to the mortgagee of $300.00 per month. Confirmation of the plan is scheduled
to occur on December 30.

Monthly payments of $100.00 per month must be paid to the standing trustee beginning
September 1.  By December 30, the date of confirmation, you must have paid to the
trustee 4 payments of $100 for a total of $400.  You must also have made 4 regular
payments of $300 for a total of $1200 to the mortgagee.
```

(continued on back)

Payments must be made by money order or certified check.

Failure to make payments according to the above instructions may result in the plan not being confirmed and dismissal of the case.

Any questions concerning this matter should be directed to your attorney.

Dated: March 2, 2021
JAN:

                                                         Jeanne Naughton
                                                        Clerk

Case 21-11654-MBK    Doc 4    Filed 03/04/21    Entered 03/05/21 00:20:21    Desc Imaged
Certificate of Notice    Page 2 of 3

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 21-11654-MBK
Anthony J Tarantino                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                    Page 1 of 1
Date Rcvd: Mar 02, 2021           Form ID: 193            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony J Tarantino, 49 Alexandra Way, Clinton, NJ 08809-2625 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2021                  Signature:         /s/Joseph Speetjens