Certificate Number: 01267-NJ-CC-035289043



01267-NJ-CC-035289043

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 21, 2021, at 8:49 o'clock AM CST, Anthony J Tarantino received from Money Management International, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of New Jersey, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: January 21, 2021

By: /s/Cristina Gonzalez

Name: Cristina Gonzalez

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).