| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
|---|---|
| In re:<br>　　　Anthony J Tarantino | Case No.:　　**21-11654**<br><br>Chapter:　　**13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: |

## CERTIFICATION OF SERVICE

1. I, **Andre L Kydala** :

    ☑ represent **THE DEBTOR** in the this matter.

    ☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **3/26/2021 MOTION TO REOPEN AND ORDER SHORTENING TIME**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **March 26, 2021**　　　　　　　　　　　　　　　　　**/s/ Andre L. Kydala**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Bank of America**<br>**PO Box 15726**<br>**Wilmington, DE 19886** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Albert Russo Trustee<br>1 AAA Plaza<br>Robinsville NJ | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __**fax**__<br>(as authorized by the court *) |
| **Quicken Loans**<br>**1050 Woodward Ave**<br>**Detroit, MI 48226** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __**fax**__<br>(as authorized by the court *) |
| **Tenaglia and Hunt**<br>**395 West Passaic Street**<br>**Rochelle Park, NJ 07662** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other __**fax**__<br>(as authorized by the court *) |
| **Valley National Bank**<br>**1445 Valley Rd**<br>**Wayne, NJ 07470** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other fax___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2