Certificate Number: 01267-NJ-DE-041240550

Bankruptcy Case Number: 21-11654

01267-NJ-DE-041240550

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 23, 2026, at 1:19 o'clock PM CDT, Anthony J Tarantino completed a course on personal financial management given by telephone by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: July 23, 2026

By: /s/Cristina Gonzalez

Name: Cristina Gonzalez

Title: Counselor

Anthony Tarantino
10 Hillside Dr.
Annandale, NJ 08801

DV DANIELS NJ 070
24 AUG 2026 PM 8 L

Freedom 250
UNITED STATES OF AMERICA
FOREVER/USA

District of New Jersey
402 EAST STATE ST.
Trenton NJ 08608

RECEIVED
AUG 26 2026
AT 8:30 ______ M
CLERK, U.S. DISTRICT COURT - DNJ

ATTN: clerk
Jeanne Naughton

08608-150799

Form cscnodsc – ntcesclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21–11654–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony J Tarantino
~~49 Alexandra Way~~
~~Clinton, NJ 08809~~

Anthony Tarantino
10 Hillside Dr.
Annandale, NJ 08801

Social Security No.:
xxx–xx–9002

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–named case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐ Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
due have been paid.

☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4–year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.